# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-12-00590-CV

_____

## MIKE EMMONS AND LORETTA EMMONS, Appellants

## V.

## BOBBY BABAK BADANFIROUZ, KATHERINE BADANFIROUZ AND LAWRENCE F. HEGAR JR., Appellees

**On Appeal from the 9th District Court
Montgomery County, Texas
Trial Cause No. 10-04-04544 CV**

## ORDER

On March 7, 2013, we dismissed this appeal for want of prosecution. *See* Tex. R. App. P. 42.3. The appellants subsequently filed a motion for rehearing, and the appellees filed a response. *See* Tex. R. App. P. 49.2.

The motion for rehearing filed by the appellants on April 11, 2013 is granted. Tex. R. App. P. 49.3. We withdraw our Opinion of March 7, 2013, and

1

vacate the judgment entered thereon the same date.  We reinstate the appeal on the

Court's docket.  The reporter's record is due June 3, 2013.

ORDER ENTERED May 2, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.